UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
 :
LEXINGTON INSURANCE CO. et al.,
 :
            Plaintiffs,
 :
  - against -                              **ORDER**
 :
RUDOX ENGINE AND EQUIPMENT CO.,              07 Civ. 7361 (DC)
 :
            Defendant.
 :
- - - - - - - - - - - - - - - - - -x



**CHIN, District Judge**

       The parties appeared at a conference today.  Plaintiff is ordered to respond to defendant's outstanding discovery requests by September 15, 2008, or sanctions will be imposed. The next pre-trial conference will be held December 12, 2008, at 10 am.  All discovery, fact and expert, shall be completed by then.

       SO ORDERED.

Dated:    New York, New York
          August 15, 2008

                          DENNY CHIN
                          United States District Judge